# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. BIRNBAUM,<br><br>Defendant. | PO-16-5080-M-JCL<br>CVB VIOLATION NO:<br>F4300172<br><br><br>JUDGMENT AND<br>SENTENCE |

Defendant appeared before the Court on September 1, 2016, for his arraignment on the above-referenced violation notice charging him with 36 CFR 261.13 Operating a MV on a closed road, a Class B misdemeanor. The Court advised Defendant of the charge, his rights relative to that charge, and the possible penalties. He stated he understood, and he entered a plea of guilty to the charge. The Court accepted his plea. Therefore,

**IT IS ORDERED** that Defendant is sentenced to pay a total of $80.00, which has been paid in full.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal the sentence imposed by this Judgment within 14 days of its entry. Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being

JUDGMENT AND SENTENCE - PAGE 1

appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB shall enter **FC** as the disposition.

DATED this 13th day of September, 2016.

Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

JUDGMENT AND SENTENCE - PAGE 2